UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELMOND COZART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-25-90-R |
| ) | |
| TULSA DISTRICT COURT, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 5], in its entirety.

For the reasons stated therein, the Court finds that this action should be transferred to the United States District Court for the Northern District of Oklahoma. The Clerk of Court is directed to transfer this matter for further proceedings.

IT IS SO ORDERED this 21st day of February, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE